UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY,<br>　　　　　Plaintiff,<br>　　v.<br>JEFF BURROW,<br>et al.,<br>　　　　　Defendants. | 1:08-CV-373 OWW GSA<br><br>**NEW CASE NUMBER**<br><br>1:08-CV-373 LJO GSA<br><br>ORDER OF RECUSAL |

　　It appears to the undersigned, the judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. 455 is appropriate in this matter.

　　IT IS THEREFORE ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

　　IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

　　IT IS FURTHER ORDERED that this case is reassigned to the

1

1  Honorable Lawrence J. O'Neill, United States District Judge.
2  All future pleadings filed with the court shall use the
3  following case number:

**1:08-cv-373 LJO GSA**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   March 17, 2008**                    **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

2