# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, | CASE NO. CV F 08-0373 LJO GSA |
| Plaintiff, | **ORDER ON DEFENDANTS' MOTION TO VACATE TRO** |
| vs. | (Doc. 22.) |
| JEFF BURROW, et al., | |
| Defendants. | |

This Court's March 18, 2008 Amended Temporary Restraining Order ("TRO") addresses defendants Jeff Burrow ("Mr. Burrow"), Jason Gordo ("Mr. Gordo") and Valley Wealth Incorporated's (collectively "defendants'") use of information acquired during Mr. Burrow and Mr. Gordo's employment with plaintiff Smith Barney. Defendants have filed papers to dissolve/vacate the TRO and apparently to seek to prohibit Smith Barney to enforce agreements with Mr. Burrow and Mr. Gordo regarding use of information acquired during Mr. Burrow and Mr. Gordo's employment. This Court considered defendants' requested relief on the record and DENIES defendants' requested relief in the absence of grounds to dissolve/vacate the TRO and to support defendants' proposed temporary restraining order against Smith Barney.

To expedite determination of the issues before this Court, this Court ORDERS:

1. Smith Barney, no later than April 3, 2008, to file and serve papers for a preliminary injunction; and

1

2. Defendants, no later than April 17, 2008, to file and serve papers to oppose a preliminary injunction.

Unless this Court orders otherwise, this Court will rule on the preliminary injunction on the record and without a hearing.

IT IS SO ORDERED.

**Dated:   March 24, 2008**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE