**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SMITH BARNEY, | CASE NO. CV F 08-0373 LJO GSA |
| Plaintiff, | **ORDER TO RESET DEADLINE TO OPPOSE PRELIMINARY INJUNCTION MOTION** |
| vs. | |
| JEFF BURROW, et al., | |
| Defendants. | |

Defendants Jeff Burrow, Jason Gordo and Valley Wealth Incorporated (collectively "defendants'") have substituted in new counsel. At defendants' request, this Court RESETS to May 1, 2008 defendants' deadline to file and serve papers to oppose a preliminary injunction. Unless this Court orders otherwise, this Court will rule on the preliminary injunction on the record and without a hearing.

In light of matters at issue in this action, this Court encourages the parties to participate in a settlement conference before United States Magistrate Judge Gary Austin. If the parties desire a settlement conference, they should contact Gary Green at (559) 499-5683 to discuss arranging a settlement conference.

IT IS SO ORDERED.

**Dated:   April 10, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1