Charles K. Manock    #161633
Suzanne D. McGuire  #203888
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for  Defendants Jeffrey S. Burrow; Jason M. Gordo
 and Valley Wealth, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS, INC., | Case No.: 1:08-cv-00373-LJO-GSA |
| Plaintiff(s), | **STIPULATION AND ORDER FOR AMENDED TEMPORARY RESTRAINING ORDER** |
| v. | |
| JEFFREY S. BURROW; JASON M. GORDO; and VALLEY WEALTH, INC., | (Amending Doc 19.) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Smith Barney, a division of Citigroup Global Markets, Inc., and Defendants Jeff Burrow, Jason Gordo, and Valley Wealth, Inc., through their attorneys of record, as follows:

   1.   The Parties agree and stipulate that the Amended Temporary Restraining Order entered by the Court on March 18, 2008, should be amended according to the terms of the parties' proposed Amended Temporary Restraining Order, which is set forth below for the Court's signature.

/ / /

/ / /

/ / /

/ / /

1
STIPULATION AND ORDER FOR AMENDED TEMPORARY RESTRAINING ORDER

**IT IS SO STIPULATED.**

Dated:   April 17, 2008                              /s/ Charles K. Manock
                                                              CHARLES, K. MANOCK
                                                              SUZANNE D. MCGUIRE
                                                              Attorneys for Defendants
                                                              JEFF BURROW, JASON GORDO
                                                              and VALLEY WEALTH, INC.

Dated:   April 17, 2008                              /s/ Stuart N. Bennett
                                                              STUART N. BENNETT
                                                              KIM M. RUCKDASCHEL-HALEY
                                                              Attorneys for Plaintiff
                                                              SMITH BARNEY a division of CITIGROUP
                                                              GLOBAL MARKETS, INC.

Dated:   April 17, 2008                              /s/ Abe Lampart
                                                              ABE LAMPART attorney for Plaintiff
                                                              SMITH BARNEY a division of CITIGROUP
                                                              GLOBAL MARKETS, INC.

### ORDER

The Court, having read and considered the above stipulation of the parties, and GOOD CAUSE APPEARING, the Court amends the Amended Temporary Restraining Order filed herein on March 18, 2008 (Doc. 19) to read as follows:

IT IS HEREBY ORDERED that:

(1) Pending further Order of this Court, Defendants Jeff Burrow, Jason Gordo, and Valley Wealth, Incorporated, and all persons acting under, in concert with, or for them, including, but not limited to, any officer, agent representative or employee of Valley Wealth, Incorporated, are hereby temporarily restrained and enjoined from:

   (a) disposing of , destroying or altering in any way Smith Barney's Trade Secrets, including, specifically, information relating or pertaining to Smith Barney's current and former clients that are in their possession or control;

        (b)    soliciting any client or customer of Plaintiff whom Jeffrey Burrow or Jason Gordo served or whose name or identity became known to Jeffrey Burrow or Jason Gordo while employed at Plaintiff (excluding members of Defendants' immediate family);

(2)    Defendants shall immediately return to Plaintiff all documents and records, including originals, copies, and other reproductions, in whatever form including that which is stored on any form of electronic media, containing Plaintiff's trade secrets and confidential client information, in the possession, custody of control of Defendants.

(3)    Defendants shall further provide Plaintiff their personal computers for inspection and removal of any and all trade secrets, confidential client information and other property belonging to Plaintiff.

(4)    No bond is required by Plaintiff.

IT IS SO ORDERED.

Dated: April 18, 2008                        _/s/ Lawrence J. O'Neill_____
                                                           UNITED STATES DISTRICT JUDGE

DMS: 618434_1.doc
16384.0001