Charles K. Manock    #161633
Suzanne D. McGuire  #203888
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendants Jeffrey S. Burrow; Jason M. Gordo
  and Valley Wealth, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JEFFREY S. BURROW; JASON M. GORDO; and VALLEY WEALTH, INC., <br><br> Defendants. | Case No.: 1:08-cv-00373-LJO-GSA <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Smith Barney, a division of Citigroup Global Markets, Inc., and Defendants Jeff Burrow, Jason Gordo, and Valley Wealth, Inc., through their attorneys of record, as follows:

1. In order to respond to certain matters set forth in Plaintiff's motion for preliminary injunction, Defendants have retained an expert to analyze the forensic images of Mr. Burrow and Mr. Gordo's personal laptop computers previously created by Winston Krone, Plaintiff's expert. Plaintiff is providing a copy of Mr. Krone's original forensic images to Defendants' counsel for analysis by the defense expert. Through no fault of either party, the forensic images have not yet been transmitted to Defendants' counsel. It is expected that the forensic images will be received by Defendants' counsel on May 2, 2008. In order to permit time for the defense expert's analysis to be completed prior to Defendants' filing their opposition

1

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AND ORDER THEREON**

to the motion for preliminary injunction, the parties agree to a one-week extension of time for Defendants to file their opposition.

    2.    Accordingly, the parties agree that Defendants shall have until May 8, 2008 to file their Opposition to Plaintiff's motion for preliminary injunction.

**IT IS SO STIPULATED.**

Dated:   May 1, 2008              /s/ Charles K. Manock
                                  CHARLES, K. MANOCK
                                  SUZANNE D. MCGUIRE
                                  Attorneys for Defendants
                                  JEFF BURROW, JASON GORDO
                                  and VALLEY WEALTH, INC.

Dated:   May 1, 2008              /s/ Stuart N. Bennett
                                  PATRICK G. COMPTON
                                  KIM M. RUCKDASCHEL-HALEY
                                  Attorneys for Plaintiff
                                  SMITH BARNEY a division of CITIGROUP
                                  GLOBAL MARKETS, INC.

Dated:   May 1, 2008              /s/ Abe Lampart
                                  ABE LAMPART attorney for Plaintiff
                                  SMITH BARNEY a division of CITIGROUP
                                  GLOBAL MARKETS, INC.

**ORDER**

IT IS HEREBY ORDERED that Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed with the court on or before May 8, 2008.

Dated: May 1, 2008                /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

DMS: 626637_1.doc
16384.0001

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AND ORDER THEREON**