IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, | CASE NO. CV F 08-0373 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| JEFF BURROW, et al., | |
| Defendants. / | |

This Court's September 26, 2008 order stayed this action and required the parties to file joint status reports every 120 days. The parties filed a January 27, 2009 status report but have filed no further status reports. The parties' counsel have reported to chambers that settlement has been reached and that a stipulated judgment or similar papers will be filed to conclude this action. The parties have filed no such papers.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

This Court ORDERS the parties, no later than June 19, 2009, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to file timely status reports or papers to conclude this action. This order to show cause will be vacated if no later than June 19, 2009, the parties file papers to conclude this action in its entirety.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   June 12, 2009 | /s/ Lawrence J. O'Neill |
| | UNITED STATES DISTRICT JUDGE |