UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS, INC., <br><br>　　　　　Plaintiff(s), <br><br>　v. <br><br>JEFFREY S. BURROW; JASON M. GORDO; and VALLEY WEALTH, INC., <br><br>　　　　　Defendants. | Case No.: 1:08-cv-00373-LJO-GSA <br><br>**JUDGMENT** |

　　　　　This matter comes before the Court on a Stipulation to Judgment submitted by Plaintiff SMITH BARNEY and Defendants JEFFREY S. BURROW, JASON M. GORDO and VALLEY WEALTH, INC. ("Defendants").  The Court, having reviewed the same, enters judgment in this matter as follows:

　　　　　1.　　Judgment is hereby entered in favor of Plaintiff SMITH BARNEY and against Defendant JEFFREY S. BURROW in the total amount of $119,000.00.

　　　　　2.　　Post-judgment interest shall accrue at the rate of ten percent (10%) per annum from the date of entry of judgment.

　　　　　3.　　Enforcement of this judgment is stayed, and the total amount of the judgment ultimately subject to enforcement is governed by that certain Settlement Agreement and Mutual Release, with an effective date of March 27, 2009, which was negotiated and executed by the Parties to this lawsuit.

　　　　　4.　　This case will be administratively closed, but this Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

**IT IS SO ORDERED:**


DATED_June 18, 2009_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT
　　　　　　　　　　　　　　　　　　　　　　　　COURT JUDGE

1
**JUDGMENT**

Doc# 2949616\1